# Daughtry, *pro ami*, *v.* Stewart.

*Petition by Surety on Guardian's Bond for Supersedeas of Execution and Discharge from Decree on Final Settlement.*

1. Affirmed on authority of preceding case of *Evans v. Daughtry*.

APPEAL from Bullock Probate Court.
Heard before Hon. S. F. FRAZER.

NORMAN & SON, and ABERCROMBIE & BILBRO, for appellant.

W. F. FOSTER, *contra*.

CLOPTON, J.—Affirmed on authority of *Evans v. Daughtry*, 84 Ala. 68.